RALPH M. CHORPENNING et al., respondents,

*v.*

YELLOW CAB COMPANY OF CAMDEN et al., appellants.

[Decided January 5th, 1934.]

*Messrs. Carr & Carroll* and *Mr. Samuel T. French,* for the respondents.

*Mr. Patrick H. Harding,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Davis, and reported in *113 N. J. Eq. 389.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ.   14.

*For reversal*—None.